UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS CORTEZ**<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**MP ASSOCIATES, INC. and DOES 1-100, inclusive,**<br><br>    **Defendants.** | Case No.: 2:14-CV-01190-LKK-DAD<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT